UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joelle Hernandez
      Debtor                                   Case No. 19-35836

NOTICE OF MOTION

TO: Joelle Hernandez 170 John St. New Lenox, IL 60451 (Via U.S. Mail)
David M. Siegel o/b/o Debtor Joelle Hernandez davidsiegelbk@gmail.com (via CM/ECF)
Glenn B. Stearns Trustee stearns_g@lisle13.com (via CM/ECF)
Patrick S. Layng U.S. Trustee USTP Region11.ES.ECF@usdoj.gov (via CM/ECF)

PLEASE TAKE NOTICE that on September 25, 2020, at 10:15 a.m., I will appear telephonically before the Honorable LaShonda A. Hunt, or any judge sitting her place, and present the motion of PNC Bank, National Association for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602      312-940-8580
Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com

CERTIFICATE OF SERVICE

I, Michael Dimand, certify declare under penalty of perjury under the laws of
the United States of America that I served a copy of this notice and the
attached motion on each entity shown on the attached list at the address shown and by the
method indicated on the list on September 17, 2020, at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

JOELLE HERNANDEZ

    Debtor

Chapter 13
Case No. 19-35836

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

PNC Bank, National Association ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of 170 John St, New Lenox, IL 60451 (the "Property"). The Required Statement is attached hereto as Exhibit 1, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on August 21, 2019.

2. A Chapter 13 Plan has been confirmed on March 6, 2020.

3. The Debtor has executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $106,455.00 (the "Note"). A copy of the Note is attached hereto as Exhibit 2. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit 3.

5. As of September 1, 2020 the outstanding amount of the Obligations is: $130,465.03.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The Chapter 13 plan indicates post-petition mortgage payments will be paid by the Debtor to Movant.

8. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor:

| | |
|---|---|
| 3 Payments 7/1/2020 – 9/1/2020 @ $1,102.17 = | $3,306.51 |
| Less Suspense | $112.66 |
| Total Due | $3,193.85 |

9. Cause exists for relief from the automatic stay for the following reasons:

   (a) Movant's interest in the Property is not adequately protected.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. Movant further requests that upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

5. For such other relief as the Court deems proper.

Dated: September 16, 2020                                            Respectfully submitted,

/s/ Michael Dimand
Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com